**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LUCIO ALEXANDER BERNAL MUNIZ,[1]

Petitioner

v.

MARKWAYNE MULLIN, et al.,

Respondents

Case No.: 2:26-cv-02020-APG-EJY

**Order for Response to Motion to Reopen Case and Enforce Judgment**

[ECF No. 11]

I previously ordered the respondents to release Lucio Alexander Bernal Muniz from detention and to "**advise Bernal Muniz's counsel of the estimated time of release for coordination purposes, with at least one hour notice.**" ECF No. 10 at 5 (emphasis in original). Bernal Muniz was released on August 10, 2026 but claims his counsel was not notified in advance. ECF No. 11 at 2. Apparently, the respondents put an ankle monitor on him before he was released and have required him to report to the local ICE office every few days. *Id.* Bernal Muniz says these conditions violate my order that the respondents may not re-detain him based on his immigration status while he has a current grant of temporary protected status. He moves for an order directing the respondents to cease these reporting and monitoring requirements. *Id.*

I ORDER the respondents to respond to the motion (ECF No. 11) by September 2, 2026. Bernal Muniz may file a reply within two days thereafter.

DATED this 28th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

[1] Throughout the record, Petitioner's name is displayed as "Bernal Munoz." *See, e.g.*, ECF Nos. 1-1 at 2, 7, 15; 8-1 at 2, 11. I use "Bernal Muniz" to remain consistent with the name as written in his petition.